| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| Elizabeth Anne Ebert, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-10-894 |
| JP Morgan Chase & Company, | § § § | |
| Defendant. | § | |

## Order to Stay

On the announcement of the parties that an agreement on limitations has been reached, this case is stayed.

Signed on June 21, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge